IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDGARDO CINTRON CARABALLO
ZORAIDA RIVERA SANTIAGO
DEBTOR (S)

CASE NO: 08-01124 SEK

CHAPTER 13 (ASSET CASE)

MOTION SUBMITTING AMENDED SCHEDULES I AND J

TO THE HONORABLE COURT:

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. On March 28th, 2011 Debtor filed the instant bankruptcy petition.

2. **_Amend Schedule I in order to inform current income of individual debtors._**

3. **_Amend Schedule J in order to provide for the correct amount of expenses._**

**WHEREFORE**, it is respectfully requested of this Honorable Court to acknowledge the above indicated.

In San Juan, Puerto Rico, this 3rd, day of May 2011.

**RESPECTFULLY SUBMITTED.**
/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

B6I (Official Form 6I) (12/07)

IN RE CINTRON CARABALLO, EDGARDO & RIVERA SANTIAGO, ZORAIDA    Case No. 11-02527-13
                        Debtor(s)                                         (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): <br> SON <br> SON | AGE(S): <br> 12 Y <br> 8 Y |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | INSURANCE AGENT | FOOD SUPERVISOR |
| Name of Employer | CARLOS BONET INSURANCE | MUNICIPIO AUTONOMO DE CAGUAS PAYROLL SEC |
| How long employed | 4 years | 4 years |
| Address of Employer | CALLE MAYAGUEZ 48 <br> HATO REY, PR 00919 | PO BOX 907 <br> CAGUAS, PR 00726-0907 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 3,457.95 | $ 1,128.00 |
| 2. Estimated monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 3,457.95 | $ 1,128.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 353.24 | $ 71.82 |
| b. Insurance | $ | $ 198.00 |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 353.24 | $ 269.82 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,104.71 | $ 858.18 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) CHRISTMAS BONUS | $ | $ 70.00 |
| | $ | $ |
| | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | $ 70.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,104.71 | $ 928.18 |

16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ 4,032.89

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

B6J (Official Form 6J) (12/07)

IN RE CINTRON CARABALLO, EDGARDO & RIVERA SANTIAGO, ZORAIDA      Case No. 11-02527-13
_____Debtor(s)_____                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 771.00 |
| a. Are real estate taxes included?  Yes ___  No ✓ | |
| b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 180.00 |
| b. Water and sewer | $ 60.00 |
| c. Telephone | $ |
| d. Other  **See Schedule Attached** | $ 258.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 60.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 90.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.89 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ |
| b. Life | $ |
| c. Health | $ |
| d. Auto | $ |
| e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **SOCIAL SECURITY** | $ 370.00 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **See Schedule Attached** | $ 453.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     | $ 3,332.89 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 4,032.89 |
| b. Average monthly expenses from Line 18 above | $ 3,332.89 |
| c. Monthly net income (a. minus b.) | $ 700.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE CINTRON CARABALLO, EDGARDO & RIVERA SANTIAGO, ZORAIDA       Case No. 11-02527-13
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)
| | |
|---|---:|
| **CELULAR** | 165.00 |
| **MAINTENANCE MONTHLY FEE** | 43.00 |
| **DISH NETWORK** | 50.00 |

Other Expenses (DEBTOR)
| | |
|---|---:|
| **PERSONAL GROOMING** | 85.00 |
| **CAR MAINTENANCE AND FEES** | 70.00 |
| **SCHOOL EXPENSES** | 60.00 |
| **LUNCH AT WORK** | 208.00 |
| **TOLLS** | 30.00 |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12●●)

IN RE CINTRON CARABALLO, EDGARDO & RIVERA SANTIAGO, ZORAIDA                Case No. _____
                                    Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: __5/3/11__        Signature: /s/ EDGARDO CINTRON CARABALLO
                                   EDGARDO CINTRON CARABALLO
                                                                                Debtor

Date: __5/3/11__        Signature: /s/ ZORAIDA RIVERA SANTIAGO
                                   ZORAIDA RIVERA SANTIAGO
                                                                    (Joint Debtor, if any)
                                           [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-02527-SEK13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS: ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA: aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor EDGARDO CINTRON CARABALLO
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**10-02527-SEK13 Notice will not be electronically mailed to:**

ASOC. RESIDENTES LLANOS DE GURABO
PO BOX 4069
BAYAMON, PR  00958-1069

BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE  19886-5019

CITI CARDS
CARD SERVICE CENTER
PO BOX 6276
SIOUX FALLS, SD  57117

CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NY  28272-0919

CMPR, INC.
PO BOX 965
BUFFALO, NY  14220

COOP A/C  POSTAL COOP
PO BOX 361735
SAN JUAN, PR  00936-1735

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

ECAST SETTLEMENT CORP
PO BOX 29262
NEW YORK, NY  10087-9262

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE  19886-5019

GE MONEY BANK
PO BOX 981400
EL PASO, TX  79998

GENEVA ROTH CAPITAL- LOAN POINT USA
1338 SOUTH FOOTHILL DRIVE, SUITE 325
SALT LAKE CITY, UT  84108

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR  00918-1693

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR  00969

JC PENNEY
PO BOX 960090
ORLANDO, FL  32896-0090

PREFERRED HOME SERVICE, INC.
PO BOX 4069
BAYAMON, PR  00958-1069

RELIABLE FINANCIAL SERVICES
9615 AVE. LOS ROMEROS, SUITE 1100
URB. MONTEHIEDRA
SAN JUAN, PR  00926

SAM'S CLUB
PO BOX 960013
ORLANDO, FL  32896-0013

SEARS CREDIT CARDS
P.O. BOX 183081
COLUMBUS, OH  43218-3081

THE AMERILOAN CORPORATION
11395 183RD STREET
CERRITOS, CA  90701

UNITED CASH LOANS
2533 N. CARSON ST. STE 5020
CARSON CITY, NV  89706-0242

VILLANUEVA LOPEZ LAW OFFICES
PO BOX 10441
SAN JUAN, PR  00922

WALMART
PO BOX 530927
Atlanta, GA  30353-0927